# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING LIMITED, ) ) ) Plaintiffs, ) ) v. ) ) MYLAN INC., MYLAN ) PHARMACEUTICALS INC., MYLAN ) GMBH and MYLAN N.V., ) ) Defendants. ) | Civil Action<br><br>No. 2:17-cv-01235-MRH<br><br>Judge Mark R. Hornak<br><br><br>***Electronically Filed*** |

## STIPULATION AND [PROPOSED] ORDER FOR ENTRY
## OF JUDGMENT OF NON-INFRINGEMENT REGARDING U.S. PATENT NO. 9,643,997

WHEREAS Amgen Inc. and Amgen Manufacturing, Limited (collectively, "Amgen") filed a complaint against Mylan Inc., Mylan Pharmaceuticals Inc., Mylan GmbH, and Mylan N.V. (collectively, "Mylan") in the Western District of Pennsylvania on September 22, 2017 (ECF No. 1), and a first amended and supplemental complaint on February 7, 2019 (ECF No. 210), alleging, among other things, infringement of U.S. Patent Number 9,643,997 (the "'997 Patent");

WHEREAS Mylan has appeared and denied infringement, and Mylan has counterclaimed for declaratory judgment of non-infringement and invalidity of the '997 Patent (ECF Nos. 27, 220);

WHEREAS Amgen provided its Disclosure of Asserted Claims and Infringement Contentions on March 7, 2018 and its First Amended Disclosure of Asserted Claims and Infringement Contentions on September 20, 2018, asserting that Mylan infringes claims 9, 10, 13, 15-20, 21, 24-28, and 29-30 of the '997 Patent;

WHEREAS Mylan provided its Non-Infringement Contentions regarding the '997 Patent and its Invalidity Contentions regarding the '997 Patent on March 28, 2018;

WHEREAS the Court issued a Claim Construction Order and Claim Construction Opinion construing certain terms of the asserted claims on November 20, 2018 (ECF Nos. 171, 172);

WHEREAS Amgen provided its Second Amended Disclosure of Asserted Claims and Infringement Contentions on December 21, 2018 "applying the Court's claim constructions" and asserting infringement of claims 16-18 and 25-27;

WHEREAS Mylan provided its Amended Non-Infringement Contentions regarding the '997 Patent and its Amended Invalidity Contentions regarding the '997 Patent on January 11, 2019;

WHEREAS the claims of the '997 Patent recite "(d) washing the separation matrix; and (e) eluting the protein from the separation matrix";

WHEREAS the claims of U.S. Patent No. 8,940,878 (the "'878 Patent"), which is related to the '997 Patent, recite "(f) washing the separation matrix; and (g) eluting the protein from the separation matrix . . .";

WHEREAS on May 8, 2019, the Federal Circuit affirmed the Northern District of California's judgment of non-infringement of the '878 Patent in the appeal captioned *Amgen Inc. v. Sandoz Inc.*, Nos. 2018-1551, 2018-1552;

WHEREAS on June 7, 2019, Amgen filed a petition for rehearing *en banc* in *Amgen Inc. v. Sandoz Inc.*, Nos. 2018-1551, 2018-1552;

WHEREAS on September 3, 2019, the Federal Circuit granted-in-part Amgen's petition to the extent that the language "applies only in exceptional cases and" is removed from the panel opinion, and otherwise denied Amgen's petition;

THEREFORE Amgen and Mylan agree that:

1. Amgen and Mylan stipulate that, under the reasoning of the Federal Circuit's decision as to the '878 Patent in *Amgen Inc. v. Sandoz Inc.*, Nos. 2018-1551, 2018-1552, Mylan's

2

accused process does not meet the claim limitation "(d) washing the separation matrix; and (e) eluting the protein from the separation matrix" in the '997 Patent, and thus Mylan does not infringe any of the asserted claims of the '997 Patent within the meaning of any provision of 35 U.S.C. § 271.

2. Amgen and Mylan stipulate that the Court may enter a judgment of non-infringement in favor of Mylan and against Amgen for the Third and Fourth Counts of Amgen's First Amended and Supplemental Complaint filed on February 7, 2019 (ECF No. 210) and the Third Count of Mylan's Answer, Defenses and Counterclaims to First Amended and Supplemental Complaint (ECF No. 220) filed on February 28, 2019.

3. Amgen and Mylan stipulate that Mylan's Fourth Count of Mylan's Answer, Defenses and Counterclaims to First Amended and Supplemental Complaint (ECF No. 220) filed on February 28, 2019 for a declaratory judgment of invalidity of the '997 Patent will be dismissed without prejudice.

4. Amgen and Mylan stipulate that this Stipulation and [Proposed] Order for Entry of Judgment of Non-Infringement Regarding U.S. Patent No. 9,643,997 resolves all pending disputes between the parties before the Court in this action.

Date: September 13, 2019

Respectfully submitted,

s/ *Kent E. Baldauf, Jr.*
Kent E. Baldauf, Jr. (PA ID No. 70793)
Thomas C. Wolski (PA ID No. 203072)
Cecilia R. Dickson (PA ID No. 89348)
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815/412.471.4094 (fax)
kbaldaufjr@webblaw.com
twolski@webblaw.com
cdickson@webblaw.com

s/ *Eric R. Hunt*
William Pietragallo, II (PA16414)
(WP@pietragallo.com)
John A. Schwab (PA89596)
(JAS@pietragallo.com)
Eric G. Soller (PA65560)
(EGS@pietragallo.com)
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre
301 Grant Street, 38th Floor

Nicholas Groombridge
Jennifer H. Wu
Jennifer Gordon
Peter Sandel
Naz E. Wehrli
Jacob T. Whitt
Golda Lai
Aaron J. Marks
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
212.373.3000/212.757.3990 (fax)
ngroombridge@paulweiss.com
jwu@paulweiss.com
jengordon@paulweiss.com
psandel@paulweiss.com
nwehrli@paulweiss.com
jwhitt@paulweiss.com
glai@paulweiss.com
amarks@paulweiss.com

David J. Ball Jr.
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street NW
Washington, DC 20006
202.223.7352/202.204.7352 (fax)
dball@paulweiss.com

Wendy A. Whiteford
Kimberlin Morley
Eric Agovino
Paula S. Fritsch
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320
805.447.1000
wendy@amgen.com
kmorley@amgen.com
eagovino@amgen.com
pfritsch@amgen.com

*Counsel for Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited*

Pittsburgh, PA 15219
Telephone: (412) 263-2000
Facsimile: (412) 263-2001

William A. Rakoczy
(wrakoczy@rmmslegal.com)
Deanne M. Mazzochi
(dmazzochi@rmmslegal.com)
Eric R. Hunt (ehunt@rmmslegal.com)
Heinz J. Salmen (hsalmen@rmmslegal.com)
Natasha L. White (nwhite@rmmslegal.com)
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654

*Counsel for Defendants Mylan Pharmaceuticals Inc., Mylan N.V. and Mylan Inc. and Defendant/Counterclaim Plaintiff Mylan GmbH*

4

SO ORDERED AND ADJUGED this **16th** day of **September**, 2019.

The Clerk will close the case.

_____
Chief United States District Judge

Case 2:17-cv-01235-MRH   Document 283   Filed 09/17/19   Page 5 of 5